IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANITA SHARMA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:24-CV-1310-D |
| | § | |
| CITY OF DALLAS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The undersigned district judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

The court therefore dismisses the complaint without prejudice to plaintiff's ability to file an amended complaint within 21 days of the date this order is filed. This action remains referred to the magistrate judge for further screening.

**SO ORDERED**.

July 19, 2024.

SIDNEY A. FITZWATER
SENIOR JUDGE