IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANITA SHARMA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | No. 3:24-CV-1310-D |
| | § | |
| CITY OF DALLAS, ET AL., | § | |
| | § | |
| Defendants. | § | |

### ORDER

On December 20, 2024 the United States Magistrate Judge made findings, conclusions, and a recommendation in this case (ECF No. 9). Plaintiff filed objections on January 16, 2025 (ECF No. 10). The undersigned district judge reviewed *de novo* the portions of the findings, conclusions, and recommendation to which objection was made, and reviewed the remaining findings, conclusions, and recommendation for plain error.

Finding no error, the court adopts the December 20, 2024 findings, conclusions, and recommendation of the United States Magistrate Judge.

The court denies in part plaintiff's motion for leave to file a second amended complaint (ECF No. 8) and dismisses with prejudice plaintiff's claims against defendant City of Dallas and defendant Brandon W. Massey, in his official capacity.

The court grants in part plaintiff's motion for leave and directs the clerk of court to docket ECF No. 8-1 as plaintiff's second amended complaint against defendant Brandon W. Massey, in his individual capacity.

The court terminates the screening referral to the magistrate judge.

**SO ORDERED**.

January 24, 2025.

_____<br>
SIDNEY A. FITZWATER<br>
SENIOR JUDGE